**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02528-STV

ASIA DZHANIBEKOVA,

      Petitioner,

v.

JUAN BALTAZAR; *et al,*

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States Chief Magistrate Judge Scott T. Varholak on July 6, 2026, it is

ORDERED that the [1] Petition is GRANTED to the extent it seeks a bond hearing. It is further

ORDERED that the Respondents shall provide Petitioner with a bond hearing in which the Government bears the burden of proof by clear and convincing evidence under 8 U.S.C. § 1226(a) within SEVEN DAYS of the date of this Court's Order. It is further

ORDERED that the Respondents shall file a status report within TEN DAYS of the date of this Court's order to certify compliance. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for the denial.

DATED at Denver, Colorado, this 6th day of July, 2026.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

 s/S. Chaplin
Deputy Clerk